*Labor Dispute @*
*The Anchorage Hilton Hotel!*

*Wage Freeze!*
*Healthcare cuts!*
*Unfair Labor Practices!*
*History of mold and water leaks!*
*Asbestos in building material!*
*Rodents found!*
*Negatively affects our community & tourism!*

FOR MORE INFORMATION:
www.anchoragehiltonmoldreport.org
Audrey Saylor  (907)331-8870

---

**Ann Kjera**
SECRETARY/TREASURER OF ALASKA SHRM COUNCIL HAS BEEN MADE AWARE OF THE LABOR DISPUTE AND REFUSES TO HONOR OUR REQUEST TO MOVE THE AK State HR Conference 2018 to

**ANOTHER HOTEL!**

Please contact Ann at:
907-929-9217
or
akjera@anchoragemusuem.org

Ask her to support workers!


HILTON ANCHORAGE (prohibited symbol)