**From:** Audrey Saylor <info@uniteheremailing.org>
**Sent:** Monday, August 6, 2018 1:30 PM
**Subject:** Alaska State Shrm Conference

Julie Varee;

I write today regarding the Alaska State Human Resource Conference at the Hilton Anchorage Hotel, that your Human Resource Manager may be attending. You should be aware that we have tried to contact HR with no luck. You should also be aware that there is an ongoing and escalating labor dispute at this property. Workers have called for a boycott and are asking you not to eat, sleep or meet there. Here are some facts that we suspect the Hotel didn't tell you when you booked your event:

1. On October 9, 2017, Engineer Norberto "Bill" Rosario, was fired one day before a new municipal ordinance took effect that would have protected his job. Bill was fired from his job of 10 years after he took pictures of mold in guest rooms and showed those pictures to his union. The next day, the Anchorage Assembly passed an ordinance that classifies hotel rooms with significant presence of mold as a public nuisance and protects whistleblowers who report mold, such as hotel employees.
2. On October 10, 2017, the Anchorage Assembly passed legislation to "recognize and enumerate the presence of significant visible mold in hotels as a prohibited public nuisance." Under this legislation, guests and workers are able to report mold to the Anchorage Department of Health and Human Services.
3. Since 2014, the Hilton Anchorage has battled mold and water leaks that can create conditions conducive to mold. In 2016 alone, there were several water leaks at the property, including 3 in the front lobby. As recently as August 2017 mold was found in rooms 534 and 826. Also in August, a dissatisfied Hilton customer took pictures of guest room 301. See these photos at www.hiltonanchoragemoldreport.org.
4. Between mid-May and early-December of 2016, the Anchorage Police Department responded to 70 calls for police assistance at the hotel, and there was an alleged theft of $10,000 worth of goods from a conference vendor from a banquet room in June 2016 according to a police report obtained by the union.
5. In December 2016, the Hilton Anchorage received an "Unacceptable" rating on its Hilton Quality Assurance Report, primarily related to guest satisfaction survey scores and guest room cleanliness, according to the Kroll Bond Rating Agency.
6. On April 13, 2017, the Alaska Office of Occupational Safety and Health (AKOSH) sent the hotel a letter stating, " employees were exposed to hazards associating with training, specific to language, as well as the condition of the outside parking garage. . . . At the time of the inspection, no employees were working in the area and the location of damaged paint (ceiling) was inaccessible."
7. Separately, on April 26, 2017, AKOSH cited the Hilton Anchorage with 7 violations of health and safety law and levied fines of $2,925.00. This is the third time in three years such citations were issued.

EXHIBIT 5
Page 1 of 2

8. Holland America Cruise Lines, Atlas Air and the International Association of Plumbing and Mechanical Officials all moved their business from the Anchorage Hilton in 2016.
9. Workers have not had a wage increase in 9 years, except for tipped employees when mandated by the State's minimum wage law.
10. The Hotel's pest control company reported on February 19, 2018 "One rodent caught in tin cat on 11th floor. No other activity was found or reported by staff [.]" They reported on January 22, 2018: "Two rodents captured in tin cat by vending machine on 8th floor. No feeding or activity in room 832. Placed more bait stations out by dumpster and in rear kitchen areas." They reported on December 23, 2017: "Little feeding on 2nd floor ballroom. Main kitchen floor dirty." They reported on October 23, 2017: "Kitchen floors need to be swept and cleaned. Large amount of garbage piled in kitchen. No feeding on the stations seen [.]"

We encourage you to take this opportunity to ask your Human Resource Manager to honor the boycott and support fellow Alaskan workers.

Sincerely,

Audrey Saylor

Community Outreach Coordinator

907-331-8870

Audreys@878.unitehere.org

This mailing was sent on behalf of UNITE HERE. Unsubscribe requests will be honored within 10 days. Click here to unsubscribe

Privacy Policy

EXHIBIT 5
Page 2 of 2