# TJ Alinen

## HR @ DENALI FED. CREDIT UNION

ALASKA SHRM COUNCIL HAS BEEN MADE AWARE OF THE LABOR DISPUTE AND REFUSES TO HONOR OUR REQUEST TO MOVE THE AK State HR Conference 2018 to ANOTHER HOTEL!

Please contact TJ at:
907-257-7260
or
Thomas.Alinen@denalifcu.com
Ask him to support workers!

Unite Here Local 878



🚫 HILTON ANCHORAGE

EXHIBIT 6
Page 1 of 2

# Labor Dispute @ The Anchorage Hilton Hotel!

Wage Freeze!
Healthcare cuts!
Unfair Labor Practices!
History of mold and water leaks!
Asbestos in building material!
Rodents found!
Negatively affects our community & tourism!

FOR MORE INFORMATION

www.anchoragehiltonmoldreport.org

Audrey Saylor    (907)331-8870

EXHIBIT 6
Page 2 of 2