Douglas S. Parker, Alaska Bar No. 8311168
dparker@littler.com
Renea I. Saade, Alaska Bar No. 0911060
rsaade@littler.com
LITTLER MENDELSON
500 L Street, Suite 201
Anchorage, AK 99501
Tel: 907.561.1214
Fax: 907.561.1215

Attorneys for Plaintiff, CP Anchorage Hotel 2, LLC d/b/a Anchorage Hilton

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

| | |
|---|---|
| **CP ANCHORAGE HOTEL 2, LLC d/b/a ANCHORAGE HILTON,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITE HERE! LOCAL 878, et al.,**<br><br>Defendant. | Case No. 3:18-cv-00071-SLG<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR LEAVE TO FILE SUR-REPLY BRIEF |

## [PROPOSED] ORDER

Having considered Plaintiff's request for leave of Court to supplement the record and file a sur-reply to address arguments raised in Defendant's Reply in Support of Defendant's Motion to Dismiss [Dkt. 16] and determining that good cause exists to allow the supplementation to incorporate facts not available at the time of the Plaintiff's response to the pending Motion to Dismiss [Dkt. 22] and the sur-reply because the arguments addressed by the sur-reply were not raised or meaningfully addressed in Defendant's initial Motion to Dismiss [Dkt. 16], this Court GRANTS Plaintiff's motion.

[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR LEAVE
TO SUPPLEMENT RECORD AND FILE SUR-REPLY
*Anchorage Hilton v. Unite Here! Local 878*; 3:18-cv-71-SLG

Page 1 of 2

DATED: _____, 2018.

                                                THE HONORABLE SHARON L. GLEASON
                                                UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE:

I hereby certify that on the 21st day of August, 2018, a true and correct copy of the foregoing document was served on:

Eric B. Myers
Sarah E. Josephson

By ☐ Hand   ☐ Mail   ☐ Fax
☑ Court's ECF filing system

*/s/ Nancy Murphy Kruse*
Nancy Murphy Kruse
Legal Assistant

**LITTLER MENDELSON**
500 L Street, Suite 201
Anchorage, Alaska 99501
Tel: 907.561.1214
Fax: 907.561.1215

[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR LEAVE TO SUPPLEMENT RECORD AND FILE SUR-REPLY
*Anchorage Hilton v. Unite Here! Local 878*; 3:18-cv-71-SLG

Page 2 of 2